EAST BATON ROUGE PARISH
Filed Mar 04, 2021 9:10 AM
C-705288
21
Deputy Clerk of Court
Electronically Received Mar 03, 2021 12:53 PM

Case 3:21-cv-00484-JD-MGG   document 11   filed 03/04/21   page 1 of 32

ROSE B. RESTIVO AND
ANGELO S. RESTIVO, INDIVIDUALS

    PLAINTIFFS,

VS.

THOR MOTOR COACH, INC.,
A FOREIGN PROFIT CORPORATION

    DEFENDANT.

19TH JUDICIAL DISTRICT COURT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

DEPUTY CLERK: _____

FILED: _____

## PETITION

    NOW COME Plaintiffs, Rose B. Restivo and Angelo S. Restivo, by and through their attorney, Lemon Law Group Partners PLC, and submit the following as their Complaint against Defendant Thor Motor Coach, Inc.

1.

    Plaintiffs Rose B. Restivo and Angelo S. Restivo are individuals residing at 7858 Parham Avenue, Denham Springs, Louisiana 70706.

2.

    Defendant Thor Motor Coach, Inc. is a foreign profit corporation doing business throughout the State of Louisiana. Thor Motor Coach, Inc. (hereinafter "Defendant Manufacturer" or "Defendant Thor") may be served through its registered agent, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

3.

    The transactions and occurrences involved in this action took place in the State of Louisiana, Parish of East Baton Rouge.

4.

    On or about March 3, 2020, Plaintiffs purchased a new 2019 Thor Quantum WS31 motorhome, VIN: 1FDXE4FS3KDC25701 from an Authorized Dealership (hereinafter "Vehicle"). Please see Exhibit A: Purchase Agreement.

Notice of Removal
Exhibit 1

5.

At the time of purchase, the Vehicle was accompanied by a Thor factory warranty which, in relevant part, provided for a 1 (one) year/15,000 mile basic warranty and 2 (two) year/24,000 mile structural warranty (the "Warranty"). Please see Exhibit B: Pertinent Portion of Warranty. Full warranty is in Defendant's Possession.

6.

The Subject Vehicle is registered in the State of Louisiana and was purchased primarily for personal, family, and/or household purposes.

7.

Defendant Manufacturer's warranty covered any repairs or replacements needed during the warranty period and/or due to defects in factory materials or workmanship.

8.

In fact, when delivered, the Subject Vehicle was defective in materials and workmanship, such defects being discovered within the warranty periods and repairs were attempted.

9.

Shortly after purchase, Plaintiffs noticed defects in the vehicle and returned the vehicle to an Authorized Dealership to repair the defects on at least four (4) occasions for defects to the Subject Vehicle including: screw cover molding blew off while driving, trim defects, air conditioning not blowing through two vents over cab despite numerous repair attempts, linoleum tiles buckling near bathroom step-up despite numerous repair attempts, white foam blows out of air conditioning vent when air conditioning on despite numerous repair attempts, drawer under stove very difficult to open and close, recliner feet will not latch closed necessitating recliner replacement, drawer latch defects necessitating replacement, cabinet will not latch, closet defects, linoleum defects necessitating replacement, shower trim came off bottom of shower, shower side trim popping off repeatedly allowing water outside of shower onto floor, house batteries die quickly when traveling, wallpaper behind bathroom sink wrinkling and bubbling, door under

2

kitchen sink warped, leak from behind driver side captain's chair and under sink in heavy rain, televisions inoperable, and bathroom vent defects.  Please see Exhibit C:  Repair Orders.

10.

Subject Vehicle has been out-of-service for at least one hundred five (105) total days for the aforementioned repairs. Please see Exhibit C.

11.

Despite the prolonged time during which the Subject Vehicle has been out-of-service, Defendant Manufacturer has failed to repair the Subject Vehicle so as to bring it into conformity with the warranties set forth herein.

12.

The defects experienced by Plaintiffs with the Subject Vehicle substantially impaired its use, value, and safety to the Plaintiffs, and have shaken the Plaintiffs' faith in the vehicle to operate as dependable transportation.

13.

Despite Plaintiffs' repeated efforts to allow Defendant Manufacturer the opportunity to conform the Subject Vehicle, many nonconforming and defective conditions were not repaired, and still exist.

14.

The Vehicle still has issues including floor buckling defects.

15.

Plaintiffs directly notified Defendant of the defective conditions of the vehicle on numerous occasions and that they desired a buy-back of the Subject Vehicle, wherein Defendant failed and refused to buy back Plaintiffs' defective Vehicle and to reimburse Plaintiffs pursuant to their rights under State and Federal Laws.  Please see Exhibit D:  Written Notification, and Exhibit E: Return Receipt.

3

Notice of Removal
Exhibit 1

16.

This cause of action arises out of the Defendant Manufacturer's Breach of Warranty and violation of the Federal Magnuson-Moss Warranty Act as set forth in this Complaint.

17.

Plaintiffs seek judgment against Defendant in whatever amount that Plaintiffs are entitled to, including equitable relief, consequential damages, along with the costs and expenses of this action.

18.

There is no other pending or resolved civil action arising out of the same transaction or occurrence alleged in this Complaint.

19.

Defendant Thor extended to Plaintiffs a 1 (one) year/15,000 mile basic warranty and 2 (two) year/24,000 mile structural warranty ("Warranty").

20.

Plaintiffs, seeking to repair the Subject Vehicle, attempted to exercise Plaintiffs' rights under the Warranty.

21.

Defendant Thor has failed to honor the terms of the Warranty.

22.

Defendant Thor has failed or refused to repair the issues which include floor buckling defects.

23.

As a result of the actions set forth above, Defendant Thor has breached its warranty.

Notice of Removal
Exhibit 1

24.

As a result of Defendant Thor's breach of warranty, Plaintiffs have, and will continue to, suffer significant monetary and consequential damages.

25.

This Court has jurisdiction to decide claims brought under 15 USC § 2301 et seq., by virtue of 15 USC § 2301(d)(1)(A).

26.

Plaintiffs are "consumer"s as defined by 15 USC § 2301(3).

27.

Defendant Thor is a "supplier" and "warrantor" as defined by 15 USC § 2301(4)(5).

28.

The Subject Vehicle is a "consumer product" as defined by 15 USC § 2301(6).

29.

15 USC § 2301(D)(1)(A), requires Defendant Thor, as a warrantor, to remedy any defects, malfunction or non-conformance of the Subject Vehicle within a reasonable time and without charge to Plaintiffs, as defined in 15 USC § 2304(d).

30.

The actions of Defendant Thor as hereinabove described, in failing to tender the Subject Vehicle to Plaintiffs free of defects and refusing to repair or replace the defective vehicle tendered to Plaintiffs, constitute a breach of the written warranties covering the Subject Vehicle; and thus, constitute a violation of the Magnuson-Moss Warranty Act.

Notice of Removal
Exhibit 1

31.

Despite repeated demands and despite the fact that the Plaintiffs have complied with all reasonable terms and conditions imposed upon them by Defendant Thor, Defendant Thor has failed and refused to cure any defects and non-conformity with the Subject Vehicle.

32.

As a result of Defendant Thor's breach of factory warranty as set forth above, and Defendant Thor's failure to honor its obligations under its warranties, Plaintiffs have, and will continue to, suffer damages as enumerated above.

33.

Defendant Thor has had a reasonable opportunity to remedy the defects in the vehicle but have failed to do so, thereby entitling Plaintiffs to a refund of the purchase price pursuant to the Magnuson-Moss Warranty Act.

34.

Pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310(d)(2), Plaintiffs are entitled to recover as part of the judgment, costs and expenses of the suit including attorney's fees based on actual time expended.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray for judgment as follows:

(1)     For actual damages according to proof at trial;

(2)     For a refund of the purchase price of Subject Vehicle;

(3)     For Defendant Thor to accept return of Subject Vehicle;

(4)     For attorney's fees and costs of suit incurred herein;

(5)     For such other and further relief as the court deems just and proper under the circumstances;

(6)     That all issues be tried before a jury.

Dated: 3rd day of _March_, 2021

6

Notice of Removal
Exhibit 1

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC

By:      */s/ Nadine Gills*
        Nadine Gills, Esq. (30483)
        1301 Enterprise Boulevard
        Lake Charles, Louisiana 70601
        337-513-4820
        ngills@lemonlawgrouppartners.com
        info@lemonlawgrouppartners.com

7

# EXHIBIT A

Notice of Removal
Exhibit 1

# BUYER'S ORDER

**Dealer/Seller Name and Address**
DIXIE MOTORS, LLC Dba DIXIE
RV SUPERSTORES
10241 DESTINATION DRIVE
HAMMOND, LA 70403

**Buyer(s) Name(s), Address(es), ID Number(s), Phone Number(s) and Email Address(es)**

| | |
|---|---|
| ROSE B RESTIVO | ANGELO S RESTIVO |
| 7858 PARHAM AVE | 7858 PARHAM AVE |
| DENHAM SPRINGS, LA | DENHAM SPRINGS, LA |
| 70706 | 70706 |
| 225-931-3545 | 225-931-3545 |

Date          03/03/2020          Stock No.  30830          Salesperson  JAMES WHATLEY
App No.  4379935/11382636          Contract No.  3901807

## Vehicle Information

☒ New     ☐ Used     ☐ Demo
Year 2019                    Lic. No.
Make QUANTUM                 Odometer Reading 1278
Model WS31                   Color N/A
Body Style ClassC
VIN 1FDXE4FS3KDC25701
Other N/A
N/A

## Insurance Information

Buyer has arranged insurance on the motor vehicle.
Insurance Company
Policy No.

## Trade-In Information

**Trade-In 1**
Year  1998                   VIN 1RF120713W1014743
Make  MONACO                 Odometer Reading 77254
Model  CLASSIC 45'           Payoff $72,134.57
License Number               Payoff Approved by
Lienholder Name PELICAN STATE CU

**Trade-in 2**
Year                         VIN
Make                         Odometer Reading
Model                        Payoff
License Number               Payoff Approved by
Lienholder Name

**Trade-in 3**
Year                         VIN
Make                         Odometer Reading
Model                        Payoff
License Number               Payoff Approved by
Lienholder Name

## Documentation and Compliance Fee Notice

This fee is authorized by 6:969.18(A)(2). It is not a mandatory
state fee. The seller, who may also be an extender of credit,
may charge the fee for credit investigation, compliance with
federal and state law, preparation of documents necessary to
perfect or satisfy a lien upon the objects sold, and any other
functions incidental to the titling of the retail sale.

## Itemization of Sale

| | | |
|---|---|---:|
| 1. | VEHICLE SALES PRICE | $ 142,662.19 |
| 2. | ADDITIONAL TAXABLE PRODUCTS/ ACCESSORIES | |
| | a. N/A | $ 0.00 |
| | b. N/A | $ 0.00 |
| | c. N/A | $ 0.00 |
| | d. N/A | $ 0.00 |
| | e. N/A | $ 0.00 |
| 3. | DISCOUNTS | |
| | a. Rebates N/A | $ ( 0.00 ) |
| | b. Rebates N/A | $ ( 0.00 ) |
| | c. Rebates N/A | $ ( 0.00 ) |
| | d. Rebates N/A | $ ( 0.00 ) |
| | e. Other N/A | $ ( 0.00 ) |
| 4. | TRADE-IN ALLOWANCE | $ ( 81,000.00 ) |
| 5. | TOTAL SUBJECT TO SALES TAX | $ 61,662.19 |
| 6. | SALES TAX _____ % | $ 5,210.46 |
| 7. | LICENSE, TITLE, OTHER FEES, AND TAXES | |
| | a. License, Reg., Title, ELT | $ 154.50 |
| | b. Inspection, Temp Tag | $ 4.00 |
| | c. Recordation | $ 0.00 |
| | d. LDEQ Waste Tire Fee | $ 11.50 |
| | e. Documentation and Compliance | $ 200.00 |
| | f. Convenience | $ 0.00 |
| | g. Notary | $ 15.00 |
| | h. N/A | $ 0.00 |
| | i. N/A | $ 0.00 |
| | j. N/A | $ 0.00 |
| | k. N/A | $ 0.00 |
| 8. | NON-TAXABLE PRODUCTS | |
| | a. Vehicle Service Contract 1 for Vehicle Service Contract | $ 6,413.00 |
| | b. GAP 1 for GAP | $ 2,200.00 |
| | c. ECO Pro RV for Paint Protection | $ 3,160.00 |
| | d. Roadside Assistance for Roadside Assistance | $ 2,165.00 |
| 9. | TOTAL NON-TAXABLE PRODUCTS | $ 13,938.00 |
| 10. | TRADE PAYOFF | $ 72,134.57 |
| 11. | CASH DOWN PAYMENT | $ ( 15,000.00 ) |
| 12. | DEFERRED DOWN PAYMENT | $ ( 0.00 ) |
| 13. | BALANCE DUE | $ 138,330.22 |

Buyers Order-LA
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

BUY-ORDER-LA ®1/2017
Reynolds Systems©
Page 1 of 3



Notice of Removal
Exhibit 1

**Office of Motor Vehicles**
P.O. Box 64886, Baton Rouge, LA 70896-4886

ELECTRONIC FUND TRANSFER CODE

**TO AVOID REJECTION:**
Complete all required information

| Date Prepared | Type of Plate | **VEHICLE APPLICATION** | DEALER CODE |
|---|---|---|---|
| 03/03/2020 | | | 16163 |

| VIN | Make | License No. | Exp. Date |
|---|---|---|---|
| 1FDXE4FS3KDC25701 | QUANTUM | | |

| Body | Color | Year | Mileage | Model Weight |
|---|---|---|---|---|
| ClassC | | 2019 | 1278 | |

| Name of Owner | Driver's License or EIN |
|---|---|
| ROSE B RESTIVO | 003547286 |

| Name of Joint Owner (if applicable) | Driver's License or EIN |
|---|---|
| ANGELO S RESTIVO | 003570756 |

Owner's Physical Residence Address (or Business Location if Vehicle is Used for Commercial Purposes)
7858 PARHAM AVE / 7858 PARHAM AVE

Are you residing within the corporate limits of municipality?
☐ YES   ☐ NO

| City | Parish | State/Zip |
|---|---|---|
| DENHAM SPRINGS, LIVINGSTON, LA 70706 / DENHAM SPRINGS, LIVINGSTON, LA 70706 | | |

Are you residing within a special tax district or ward?
☐ YES   ☐ NO   If yes, what ward or district?
N/A

☐ Lease   ☐ Not To   ☐ Dedicate   ☐ Relten

If lessee, dedicate, or renter is indicated, renewal notice should be mailed to lessor only
☐ Owner   ☐ Lessee, renter, or dedicatee address

| Name | Driver's License or EIN of Lessor or Renter |
|---|---|

| Street | |
|---|---|

| City | Parish | State/Zip | Trade VIN |
|---|---|---|---|
| | | | 1RF120713W1014743 |
| | | | Trade License No. |

**VEHICLE IS SUBJECT TO SECURITY AGREEMENT AS FOLLOWS:**

| ELECTRONIC LIEN TRANSFER CODE | 1st Lienholder's Name | Second Lienholder's Name |
|---|---|---|
| | Bank Of The West | N/A |
| | Street | Street |
| | PO Box 2497 | N/A |
| EWBB | City/State/Zip | City/State/Zip |
| | Omaha, NE 68103-2497 | N/A |

| ☒ New ☐ Used | Date Acquired | Tax Date | Previous Title No. | State | Cost of Vehicle | Less Trade |
|---|---|---|---|---|---|---|
| | 03/03/2020 | | | | $142,662.19 | $81,000.00 |

| Tax Fee | Lic. Plate Credit | Handling Fee | Rebate | Net Value |
|---|---|---|---|---|
| $76.50 | | | $0.00 | $61,662.19 |

**DUPLICATE TITLE AFFIDAVIT** (Must be signed by owner and notarized.)

| Handling Fee | Tax | EFT Fee |
|---|---|---|
| | | |

The certificate of title issued to me was
☐ lost   ☐ mutilated   ☐ never received

| License Fee | Tax Penalty | Miscellaneous Fee |
|---|---|---|
| $50.00 | | |

I make application for a duplicate copy of said certificate and agree to hold the Commissioner harmless if the previous title is obtained by another person.

| Lic. Transfer Fee | Interest | Total Fees |
|---|---|---|
| | | |

☐ I give the Commissioner permission to mail the title to the address on this application.

| License Credit | Vendor's Comp | Total Taxes |
|---|---|---|
| | | |

| License Penalty | Tax Credit | Grand Total |
|---|---|---|
| | | |

Owner(s) Signature(s) for Duplicate Title

_____   _____
Witness            Witness

Sworn and subscribed before me this _____ day of _____, _____.

_____   _____
Notary Public Signature, Printed Name   ID Number

**BE SURE TO SIGN AND DATE**

I do swear or affirm that the information contained in this document is true and correct to the best of my knowledge.

I have and will maintain, during this registration period, vehicle liability insurance (security) required by LRS Title 32:861-866. Failure to maintain as agreed will be a violation of law which may result in criminal prosecution and/or suspension of registration privileges.

If the vehicle being registered is defined as a commercial motor vehicle by the Federal Motor Carrier Safety Regulations and/or Federal Hazardous Materials Regulations, by signature below registrant declares knowledge of those federal regulations.

**AFFIDAVIT OF NON-POSSESSION OF TITLE BY LIENHOLDER**
Must be signed by lienholder and notarized.

I hereby swear or affirm that title of above described vehicle showing lien in our favor was ☐ never received ☐ received and surrendered to the owner.

_[signature]_ Rosemary Restivo   03/03/2020
Applicant's Signature   Date

_[signature]_ Angelo Rotza   03/03/2020
Co-Applicant's Signature   Date

_____
Lienholder's Signature

**PROOF OF LIABILITY INSURANCE MUST BE FURNISHED AS PROVIDED BY LAW BEFORE THIS FILE CAN BE PROCESSED.**

_____   _____
Witness            Witness

Sworn and subscribed before me this _____ day of _____, _____.

**TO AVOID PENALTY AND INTEREST:**

File must be submitted within 40 days from the date of purchase. For manufactured houses (mobile homes), file must be submitted by the 20th of the month following the month of delivery.

_____
Notary Public Signature, Printed Name   ID Number

• Tax Penalty: 5% of sales tax due for 30 days or fraction thereof (not to exceed 25%).

RECEIVED/REJECTION DATE(S)

• Interest: 1.25% of sales tax due for 30 days or fraction thereof (no maximum).

The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

INV-1-LA 8090018
Bankers Systems®
Page 1 of 2

_[handwritten]_ pg1:42

# EXHIBIT B

# Specs for 2019 Thor Motor Coach - Quantum Floorplan: WS31 (Class C)

View 2019 Thor Motor Coach Quantum (Class C) RVs For SaleHelp me find my perfect Thor Motor Coach Quantum RV

- Specifications

- Options

- Brochures

**Price**

**MSRP**
$128,700
**MSRP + Destination**
$128,700
**Currency**
US Dollars
**Basic Warranty (Months)**
12 Months / 15,000 Miles
**Structure Warranty (Months)**
24 Months / 24,000 Miles
**Chassis Warranty (Months)**
36 Months / 36,000 Miles
**Powertrain Warranty (Months)**
60 Months / 60,000 Miles

**Engine**

**Engine**
Triton / V10
**Chassis Brand**

Ford
**Chassis Model**
E450
**Cylinders**
10
**Horsepower**
305 hp @ 4,250 RPM
**Torque**
420 ft-lbs. @ 3,250 RPM
**Displacement**
6.8 litres
**Fuel Type**
Gas
**Fuel Requirements**
Regular
**Carburetion Type**
Fuel Injected
**Turbocharged**
No
**Supercharged**
No

## Transmission

**Transmission Brand**
TorqShift
**Transmission Type**
6 Speed Automatic
**Overdrive**
Yes

## Driveline

**Driveline Type**
4X2

## Dimensions

**Length**
32.17 ft. (386 in.)
**Width**
8.25 ft. (99 in.)
**Height**
11.17 ft. (134 in.)
**Interior Height**
7 ft. (84 in.)
**Wheelbase**
18.58 ft. (223 in.)

## Weight

**Towing Capacity**
8,000 lbs.
**GVWR**
14,500 lbs.

## Capacities

**Fuel Capacity**
55.0 gal.
**Storage Capacity**
351.0 gal.

## Holding Tanks

**Number Of Fresh Water Holding Tanks**
1
**Total Fresh Water Tank Capacity**
40.0 gal.
**Number Of Gray Water Holding Tanks**
1
**Total Gray Water Tank Capacity**
28.0 gal.
**Number Of Black Water Holding Tanks**
1
**Total Black Water Tank Capacity**
28.0 gal.

## Propane Tank(s)

**Number Of Propane Tanks**
1
**Total Propane Tank Capacity**
9.6 gal.
**Total Propane Tank Capacity**
41 lbs.

## Construction

**Body Material**
Aluminum
**Sidewall Construction**
Fiberglass

## Doors

**Number of Doors**
1
**Sliding Glass Door**
No

## Slideouts

**Number of Slideouts**
1
**Power Retractable Slideout**
Yes

## Awning

**Number of Awnings**
1
**Awning Length**
16 ft. (192 in.)

**Power Retractable Awning**
Yes
**Screened Room**
No
**Leveling Jacks**

**Leveling Jack Type**
Front Power / Rear Power
**Kitchen / Living Area**

**Kitchen / Living Area Flooring Type**
Vinyl
**Kitchen Table Configuration**
Bench Seats
**Kitchen Location**
Center
**Living Area Location**
Front
**Oven / Stove**

**Layout**
Oven / Stove
**Number Of Oven Burners**
2
**Overhead Fan**
Yes
**Refrigerator**

**Refrigerator Size**
Full-Size
**Refrigerator Power Mode**
Electric / Propane
**Sofa**

**Number Of Sofas**
1
**Sofa Material**
Vinyl
**Reclining Sofa**
No
**Recliners / Rockers**

**Number Of Recliner / Rockers**
0
**Beds**

**Max Sleeping Count**
8
**Number Of Bunk Beds**
0
**Number Of Double Beds**
1

Notice of Removal
Exhibit 1

**Number Of Full Size Beds**
0
**Number Of Queen Size Beds**
1
**Number Of King Size Beds**
0
**Number Of Convertible / Sofa Beds**
2

## Master Bedroom

**Master Bedroom Flooring Type**
Vinyl
**Full Size Master Bedroom Closet**
Yes
**Master Bedroom Mirror Doors**
Yes
**Master Bedroom Shades / Curtains**
Yes
**Master Bedroom Location**
Rear
**Bunkhouse**
No

## Bathroom

**Number Of Bathrooms**
1
**Bathroom Flooring Type**
Vinyl
**Bathroom Location**
Center

## Toilet

**Toilet Type**
Porcelain

## Shower

**Door Type**
Plastic / Glass

## Wheels

**Wheels Composition**
Steel
**Front Wheel Width**
0.5 ft. (6 in.)
**Rear Wheel Width**
0.5 ft. (6 in.)
**Number Of Axles**
1

## Tires

**Front Tire (Full Spec)**
LT225/75R 16E

Notice of Removal
Exhibit 1

**Rear Tire (Full Spec)**
LT225/75R 16E

**Brakes**

**Front Brake Type**
Hydraulic Disc
**Rear Brake Type**
Hydraulic Disc

**Seat**

**Seat Type**
Bucket
**Seat Material**
Vinyl
**Power Adjustable Seat**
Yes
**Reclining Seats**
Yes
**Swivel Seats**
No
**Seat Armrests**
Yes

**Seat Specifications**

**Number Of Seats**
2
**Number Of Rows**
1

**Battery**

**Battery Power Converter**
Yes

**Prewiring**

**Air Conditioning Prewiring**
Yes
**Cable Prewiring**
Yes
**Phone Prewiring**
No
**Heat Prewiring**
Yes
**TV Antenna Prewiring**
Yes
**Satellite Prewiring**
Yes
**Washer / Dryer Prewiring**
No

**Air Conditioning**

**Air Conditioning Type**
Automatic

**Air Conditioning**
15,000 BTUs
**Heater**

**Heater Type**
Automatic
**Heater**
30,000 BTUs
**Water Heater Tank**

**Water Heater Tank Capacity**
6 g
**Water Heater Pump Power Mode**
Electrical / Propane
**Water Heater Tank Bypass**
Yes
**Emergency Exit(s)**

**Number Of Emergency Exits**
1
**Radio**

**Number Of Radios**
2
**Satellite**
No
**Speakers**

**Speaker Location(s)**
Interior / Exterior
**Surround Sound**
No
**CD Player**

**Number Of Discs**
1
**Television**

**Number Of Televisions**
3
**Paint**

**Primary Color**
Tan
**Secondary Color**
Silver
**Metallic**
No
**Paint Swatch File Name**
Thor Motor Coach/Let_It_Ride_HD-MAX_Full-Body_Exterior_Color.gif
**Interior Decor**

Notice of Removal
Exhibit 1

**Wallpaper**
Yes
**Interior Wood Finish**
Yes
**Upgraded Matress**

**Heated**
No

# EXHIBIT C

DIXIE RV SUPERSTORES
10241 DESTINATION DR.
HAMMOND LA 70403
(PH) 225-567-4424
www.dixierv.com

WO #: 163545 (Appointment Date: 13 MAY 2020 - Time: 10:30am)

Customer Name: 128856 - RESTIVO,
ANGELO S
Address: 7858 PARKHAM
        DENHAM SPRINGS, LA
Postal/Zip: 70706
Phone(res): 2259313545
Phone#(bus): 877-325-9239
Cell Phone:
Email: ASRESTIVO@YAHOO.COM

Author: H.COX
Stock No: 30830
Year: 2019
Manufacturer: THOR MOTOR COACH
Brand: QUANTUM
Model: WS31
Unit Type: C-CLASS C MH
Serial#: HCHWS310005187
Chassis#: 1FDXE4FS3KDC25701
Key#: BRANDON 8470
ExtW Co: NAC - SERVICE CONTRACT
ExtW No:
Warranty Date: 03 MAR 20
Promised Date: 25 MAY 20

Length:
Tag#: BRANDON 8470
Miles/Hrs: 3371.2
Unit Salesman: JWHATLEY
Date In: 13 MAY 20
Completed Date: 08 JUN 20
Purchased Date: 02 MAR 20
License#: WF

W/O: 163545   RESTIVO, ANGELO S
Promised Date: 25 MAY 20

**Job #1 - Warranty**
COMPLAINT: **MOVED TO NEW WO** SCREW COVER MOLDING ON PS AND DS BLEW OFF WHILE
DRIVING.AUTH PA579347 12 HRS

CAUSE: THE SNAP IN MOLDING FOR THE ENTRY DOOR IS MISSING. THE TWO SCREW COVER
MOLDINGS ON THE D/S AND P/S FRONT CAP ARE MISSING. THERE ARE 4 DIFFERENT COLORS ON
EACH PIECE OF MOLDING.      0301029D  16.0HR

3 PIECES OF TRIM WILL HAVE TO BE INTALLED, UNIT TAPED OFF, PAINETED 4 COLORS WITH
MULTIPLE STRIPES.

PARTS:
PLASTIC ENTRY DOOR MOLDING
30' SCREW COVER MOLDING

| | Subtotal for Job #1: | 0.00 |
|---|---|---|

**Job #2 - Warranty**
COMPLAINT: **MOVED TO NEW WO**AC IS NOT BLOWING THROUGH VENTS FROM 2 VENTS
OVER CAB AUTH PA579347 2 HRS

CAUSE: THE TWO A/C VENTS OVER THE FORWARD BUNK DO NOT BLOW ANY AIR. THE TWO
VENTS ARE NOT CONNECTED TO THE DUCT WORK BECAUSE THERE IS FOAM STILL IN THE WAY.
0105026  4.0HR

I NEED TO REMOVE THE 4 VENTS, FABRICATE A TOOL TO CUT OUT THE FOAM, AND REMOVE THE
FOAM BETWEEN THE TWO VENTS ON BOTH SIDES.

| | Subtotal for Job #2: | 0.00 |
|---|---|---|

**Job #3 - Warranty**
COMPLAINT: **MOVED TO NEW WO** LINO/TILES BY BATHROOM STEP-UP IS BUCKLING.AUTH
PA579347 3 HRS

CAUSE: THE LINO BY THE BATHROOM STEP IS COMING UP.     0406999  4.0HR

I NEED TO REMOVE THE STEP COVER, REMOVE THE DOOR STOP, PULL UP THE LINO,
STRAIGHTEN THE LINO, GLUE THE LINO AND REINSTALL.



<span style="color:red">Notice of Removal
Exhibit 1</span>

|  | Subtotal for Job #3: | 0.00 |

**Job #4 - External**

COMPLAINT: CU ISN'T SURE WHAT REMOTES OPERATE WHAT ITEMS, AND ISN'T SURE HOW TO USE THEM

CAUSE: I WILL ATTATCH PICTURES OF WHICH REMOTE WORKS WITH WHICH DEVICE. IF THE CUSTOMER WOULD LIKE FOR ME TO GO SHOW THEM HOW TO WORK EVERYTHING IT WILL REQUIRE ANOTHER WALK THROUGH. LABOR 2.0HR

|  | Subtotal for Job #4: | 0.00 |

**Job #5 - Warranty**

COMPLAINT: **APPROVED - NO PARTS NEEDED**WHITE FOAM BLOWS OUT OF AC VENT WHEN AC IS ON AUTH PA579347 .5

CAUSE: EVERYTIME THE CUSTOMER USES THE UNIT THE FOAM FROM THE DUCT WORK BLOWS OUT.   0105026 1.0HR

I NEED TO BLOW OUT ALL OF THE DUCT WORK AND VACUUM UP THE FOAM.

|  | Subtotal for Job #5: | 0.00 |

**Job #6 - Warranty**

COMPLAINT: **NPF** DRAWER UNDER STOVE IS VERY HARD TO OPEN AND CLOSE

CAUSE: THE DRAWER IS LATCHING AS IT SHOULD. THE DRAWER HAS A STRONG LATCH BECAUSE HEAVY POTS AND PANS CAN CAUSE THE DRAWER TO OPEN DURING TRANSIT.

NPF

|  | Subtotal for Job #6: | 0.00 |



Notice of Removal
Exhibit 1

| | |
|---|---|
| Parts Total: | 0.00 |
| Labour Total: | 0.00 |
| Sublet Total: | 0.00 |
| Extras Total: | 0.00 |
| **WORK ORDER TOTAL:** | **0.00** |

If dealership is unable to complete repairs immediately following drop-off, customer elects to store recreational vehicle at dealership until repairs are completed. Customer agrees that such storage is voluntary and does not prevent use of the vehicle.

DIXIE RV SUPERSTORES ("DIXIE RV") WILL NOT BE HELD RESPONSIBLE FOR ANY LOSS OR DAMAGE TO YOUR RECREATIONAL VEHICLE, OR LOSS OR DAMAGE TO YOUR PERSONAL ITEMS LEFT IN VEHICLE, OR FOR ANY CAUSE BEYOND OUR CONTROL. YOU MUST REMOVE ALL FOOD ITEMS FROM VEHICLE REFRIGERATOR AND/OR FREEZER BEFORE RELEASING THE VEHICLE TO DIXIE RV FOR REPAIRS.

I HEREBY AUTHORIZE THE REPAIR WORK LISTED ON THIS SERVICE ORDER TO BE DONE, AND UNDERSTAND THAT I AM RESPONSIBLE FOR ANY FEES (DIAGNOSTIC, PARTS, FREIGHT, OR OTHER COSTS) THAT ARE NOT COVERED BY THE MANUFACTURER'S WARRANTY OR EXTENDED WARRANTY PROVIDER. I HEREBY GRANT DIXIE RV AND/OR THEIR DESIGNATED EMPLOYEES THE PERMISSION TO OPERATE MY VEHICLE ON STREETS, HIGHWAYS, ON ITS PREMISES FOR THE PURPOSE OF TESTING, INSPECTION AND/OR DELIVERY TO A THIRD PARTY SERVICE PROVIDER. AN EXPRESS MECHANIC'S LIEN IS HEREBY ACKNOWLEDGED ON MY VEHICLE TO SECURE THE AMOUNT OF REPAIRS THERETO.

I HAVE INSPECTED MY VEHICLE AND REPAIRS ARE SATISFACTORY:

Customer Signature : _____     Date: 22 Jul 2020

Notice of Removal
Page 36 of
Exhibit 1

DIXIE RV SUPERSTORES
10241 DESTINATION DR.
HAMMOND LA 70403
(PH) 225-567-4424
www.dixierv.com



WO #: 164410
Customer Name: 128856 - RESTIVO, ANGELO S
Address: 7858 PARKHAM
DENHAM SPRINGS, LA
Postal/Zip: 70706
Phone#(res): 2259313545
Phone#(bus): 877-325-9239
Cell Phone:
Email: ASRESTIVO@YAHOO.COM

Author: L.KENNEDY
Stock No: 30830
Year: 2019
Manufacturer: THOR MOTOR COACH
Brand: QUANTUM
Model: WS31
Unit Type: C-CLASS C MH
Serial#: HCHWS310005187
Chassis#: 1FDXE4FS3KDC25701
Key#: BS/BRANDON- 8582
ExtW Co: NAC - SERVICE CONTRACT
ExtW No:
Warranty Date: 03 MAR 20
Promised Date:

Length:
Tag#: BS/BRANDON- 8582
Miles/Hrs: 3782
Unit Salesman: J.WHATLEY
Date In: 12 JUN 20
Completed Date:
Purchased Date: 02 MAR 20
License#: WF

**Job #1 - Warranty**
COMPLAINT: **COMPLETE** SCREW COVER MOLDING ON P'S AND D'S BLEW OFF WHILE DRIVING AUTH PA579347 12 HRS

CAUSE: SSCREW COVER MOLDING P/S ENTRY DOOR UNDER FRONT CAP TRIM LINE MOLDY P/S D/S.

CORRECTION: REPPLACE TRIM MOLDY AND ENTRY DOOR MOLDY PAINT FOUR COLORS ON THE ENTRY DOOR PAINT FOUR COLORS P/S FRONT CAP AND FOUR COLORS D/S CLEAR

|  | Subtotal for Job #1: | 0.00 |
|---|---|---|

**Job #2 - Warranty**
COMPLAINT: **COMPLETE**AC IS NOT BLOWING THROUGH VENTS FROM 2 VENTS OVER CAB AUTH PA579347 2 HRS

CAUSE: I CLEARED A PATH THROUGH THE FOAM FOR THE BUNK A/C VENTS.

CORRECTION: I CLEARED A PATH THROUGH THE FOAM FOR THE BUNK A/C VENTS. COMPLETE

|  | Subtotal for Job #2: | 0.00 |
|---|---|---|

**Job #3 - Warranty**
COMPLAINT: **COMPLETE** LINO/TILES BY BATHROOM STEP-UP IS BUCKLING AUTH PA579347 3 HRS

CAUSE: COMPLETE

CORRECTION: COMPLETE

|  | Subtotal for Job #3: | 0.00 |
|---|---|---|

**Job #5 - Warranty**
COMPLAINT: **COMPLETE**WHITE FOAM BLOWS OUT OF AC VENT WHEN AC IS ON AUTH PA579347 .5

CAUSE: I BLEW OUT ALL OF THE DUCT WORK AND VACUUMED UP THE FOAM.

CORRECTION: I BLEW OUT ALL OF THE DUCT WORK AND VACUUMED UP THE FOAM. COMPLETE



Notice of Removal
Exhibit 1

Subtotal for Job #5:              0.00

**Job #4 - External**
COMPLAINT: **COMPLETE - CU APPROVED- PUT WATER IN BATTERIES** CHECK BATTERIES TO SEE IF THEY NEED WATER.

CAUSE: THE BATTERIES ARE CONSIDERED CUSTOMER MAINTENANCE AND ARE NOT COVERED UNDER WATTANTY. NORMALLY I WOULD JUST CHECK THE LEVELS FOR THE CUSTOMER IF THERE IS EASY ACCESS BUT THE FILL CAPS ARE BLOCKED BY THE BATTERY CABLES AND BATTERY HOUSING. IF THE CUSTOMER WOULD LIKE FOR ME TO CHECK THE BATTERY LEVELS I WILL NEED TO DISCONNECT AND REMOVE BOTH BATTERIES.   LABOR  0.5HR

Subtotal for Job #4:              88.15

**Job #6 - Warranty**
COMPLAINT: **APPROVED - PENDING PART** RECLINER NEAREST TO THE CAB - RECLINER FEET WILL NOT LATCH CLOSED- YOU HAVE TO GET OUT OF THE CHAIR AND YANK ON THE RECLINER FEET AND THEN PUSH IT DOWN TO LATCH   auth pa583129  0.50

CAUSE: THE RECLINER CLOSEST TO THE CAB DOES NOT OPEN OR CLOSE PROPERLY. THE ARMS ARE HITTING ON THE INSIDE OF THE CHAIR AND TEARING THE FABRIC.   TMCRV30501D 0.5HR

I NEED TO REPLACE THE RECLINER.

PARTS: RECLINER

Subtotal for Job #6:              0.00

**Job #7 - Warranty**
COMPLAINT: **complete** DRAWER UNDER THE STOVE KEEPS OPENING IN TRANSIT. auth pa583129  0.20

CAUSE: THE DRAWER LATCH FOR THE DRAWER UNDER THE STOVE WONT OPEN. TMCRV30310D  TMCRV30308D  0.3HR

I NEED TO REMOVE THE DRAWER AND REPLACE THE DRAWER LATCH.

PARTS: DRAWER LATCH

Subtotal for Job #7:              0.00

**Job #8 - Warranty**
COMPLAINT: **complete** MIDDLE CABINET TO THE RIGHT OF THE STOVE NOT LATCHING CLOSED. auth pa583129  0.20

CAUSE: THE DRAWER LATCH FOR THE DRAWER TO THE RIGHT OF THE STOVE WONT OPEN. TMCRV30310D  TMCRV30308D  0.3HR

I NEED TO REMOVE THE DRAWER AND REPLACE THE DRAWER LATCH.

PARTS: DRAWER LATCH

CORRECTION: COMPLETE

Subtotal for Job #8:              0.00

**Job #9 - Warranty**
COMPLAINT: **complete** THE MIDDLE BRACE TO THE CLOSET HANGER IS FALLEN OFF.

CAUSE: THE BRACKET FOR THE CLOSET HANGER FELL OFF.   TMCRV30607K  0.2HR

Notice of Removal
Exhibit 1

I NEED TO REINSTALL THE HANGER.

CORRECTION: COMPLETE

| | |
|---|---:|
| **Subtotal for Job #9:** | **0.00** |
| Parts Total: | 0.00 |
| Labour Total: | 83.95 |
| Sublet Total: | 0.00 |
| Extras Total: | 4.20 |
| Tax Total: | 6.26 |
| **WORK ORDER TOTAL:** | **94.41** |

If dealership is unable to complete repairs immediately following drop-off, customer elects to store recreational vehicle at dealership until repairs are completed. Customer agrees that such storage is voluntary and does not prevent use of the vehicle.

DIXIE RV SUPERSTORES ("DIXIE RV") WILL NOT BE HELD RESPONSIBLE FOR ANY LOSS OR DAMAGE TO YOUR RECREATIONAL VEHICLE, OR LOSS OR DAMAGE TO YOUR PERSONAL ITEMS LEFT IN VEHICLE, OR FOR ANY CAUSE BEYOND OUR CONTROL. YOU MUST REMOVE ALL FOOD ITEMS FROM VEHICLE REFRIGERATOR AND/OR FREEZER BEFORE RELEASING THE VEHICLE TO DIXIE RV FOR REPAIRS.

I HEREBY AUTHORIZE THE REPAIR WORK LISTED ON THIS SERVICE ORDER TO BE DONE, AND UNDERSTAND THAT I AM RESPONSIBLE FOR ANY FEES (DIAGNOSTIC, PARTS, FREIGHT, OR OTHER COSTS) THAT ARE NOT COVERED BY THE MANUFACTURER'S WARRANTY OR EXTENDED WARRANTY PROVIDER. I HEREBY GRANT DIXIE RV AND/OR THEIR DESIGNATED EMPLOYEES THE PERMISSION TO OPERATE MY VEHICLE ON STREETS, HIGHWAYS, OR ITS PREMISES FOR THE PURPOSE OF TESTING, INSPECTION AND/OR DELIVERY TO A THIRD PARTY SERVICE PROVIDER. AN EXPRESS MECHANIC'S LIEN IS HEREBY ACKNOWLEDGED ON MY VEHICLE TO SECURE THE AMOUNT OF REPAIRS THERETO.

I HAVE INSPECTED MY VEHICLE AND REPAIRS ARE SATISFACTORY.

Customer Signature : _____     Date: 22 Jul 2020

Notice for Removal
Exhibit 1

**DIXIE RV SUPERSTORES**
10241 DESTINATION DR.
HAMMOND LA 70403
(PH) 225-567-4424
www.dixierv.com

WO #: 166018  (Appointment Date: 08 AUG 2020 - Time: 08:00am)

| | | |
|---|---|---|
| Customer Name: 128856 - RESTIVO, ANGELO S | Author: L.KENNEDY | Length: |
| Address: 7858 PARKHAM | Stock No: 30830 | Tag#: BRANDON 9170 |
| DENHAM SPRINGS, LA | Year: 2019 | Miles/Hrs: |
| Postal/Zip: 70706 | Manufacturer: THOR MOTOR COACH | Unit Salesman: JWHATLEY |
| Phone#(res): 2259313545 | Brand: QUANTUM | Date In: 08 AUG 20 |
| Phone#(bus): 877-325-9239 | Model: WS31 | Completed Date: |
| Cell Phone: | Unit Type: C-CLASS C MH | Purchased Date: 02 MAR 20 |
| Email: ASRESTIVO@YAHOO.COM | Serial#: HCHWS310005187 | License#: WF |
| | Chassis#: 1FDXE4FS3KDC25701 | |
| | Key#: BRANDON 9170 | |
| | ExtW Co: NAC - SERVICE CONTRACT | |
| | ExtW No: | |
| | Warranty Date: 03 MAR 20 | |
| | Promised Date: | |

**Job #1 - Warranty**
COMPLAINT: c/s lino by the bedroom is still buckling and its starting to buckle towards the front of the unit
loo PA591680 6.00

CAUSE. THE LINO IN THE FRONT OF THE UNIT IS BUBBLING UP.    TMCRV30401J  TMCRV30501D
TMCRV30725A   6.0HR

I NEED TO REMOVE THE SOFA, REMOVE THE DINETTE, REMOVE THE INTERIOR WING WALLS,
REMOVE THE TRIM, PULL UP THE LINO, GLUE THE LINO AND REINSTALL.
Estimated Amount: 6.00

Subtotal for Job  #1:        0.00

**Job #2 - Warranty**
TSB 20-04 DEHCO DUAL INDUCTION COOKTOP POWER

Subtotal for Job  #2:        0.00

**Job #3 - Warranty**
LINO REPAIR DID NOT CORRECT ISSUE- NEED TO SUBMIT TO REPLACE THE LINO

Subtotal for Job  #3:        0.00


abrown@lemonlawgrouppartners.com

Notice of Removal
Exhibit 1

W/O: 166018  RESTIVO, ANGELO S

**DIXIE RV SUPERSTORES**
10241 DESTINATION DR.
HAMMOND LA 70403
(PH) 225-567-4424
www.dixierv.com

WO #: 166018 (Appointment Date: 08 AUG 2020 - Time: 08:00am)

| | | |
|---|---|---|
| Customer Name: 128856 - RESTIVO, ANGELO S | Author: L.KENNEDY | Length: |
| Address: 7858 PARKHAM | Stock No: 30830 | Tag#: BRANDON 9170 |
| DENHAM SPRINGS, LA | Year: 2019 | Miles/Hrs: |
| Postal/Zip: 70706 | Manufacturer: THOR MOTOR COACH | Unit Salesman: JWHATLEY |
| Phone#(res): 2259313545 | Brand: QUANTUM | Date In: 08 AUG 20 |
| Phone#(bus): 877-325-9239 | Model: WS31 | Completed Date: |
| Cell Phone: | Unit Type: C-CLASS C MH | Purchased Date: 02 MAR 20 |
| Email: ASRESTIVO@YAHOO.COM | Serial#: HCHWS310005187 | License#: WF |
| | Chassis#: 1FDXE4FS3KDC25701 | |
| | Key#: BRANDON 9170 | |
| | ExtW Co: NAC - SERVICE CONTRACT | |
| | ExtW No: | |
| | Warranty Date: 03 MAR 20 | |
| | Promised Date: | |

**Job #1 - Warranty**

COMPLAINT: c/s lino by the bedroom is still buckling and its starting to buckle towards the front of the unit too PA591680 6.00

CAUSE: THE LINO IN THE FRONT OF THE UNIT IS BUBBLING UP.     TMCRV30401J  TMCRV30501D TMCRV30725A   6.0HR

I NEED TO REMOVE THE SOFA, REMOVE THE DINETTE, REMOVE THE INTERIOR WING WALLS, REMOVE THE TRIM. PULL UP THE LINO, GLUE THE LINO AND REINSTALL.
Estimated Amount: 6.00

Subtotal for Job #1:          0.00

**Job #2 - Warranty**
TSB 20-04 DEHCO DUAL INDUCTION COOKTOP POWER

Subtotal for Job #2:          0.00

**Job #3 - Warranty**
LINO REPAIR DID NOT CORRECT ISSUE- NEED TO SUBMIT TO REPLACE THE LINO

Subtotal for Job #3:          0.00



abrown@lemonlawnowpartners.com

Notice of Removal
Exhibit 1

*(side margin, vertical text)* WO#: 166018  RESTIVO, ANGELO S

Job #7 - Warranty
COMPLAINT: **COMPLETE- AUTH** C/S TVS ARE ALL GIVING HIM A NO SIGNAL OR A SEARCH FOR
CHANNEL DISPLAY. PA608411 3.00

CAUSE: The TVs are not picking up any channels from the antenna. I found that the coax from the booster
to the splitter under the bed is open. I replace both ends on the coax but it did not resolve the issue.
0110014 0110009 0110008 4.5hr

I need to run a new coax from the antenna booster in the front cabinet all of the way to the splitter under the
bed.

CORRECTION: Complete
Estimated Amount: 3.00

| | |
|---|---|
| Subtotal for Job #7: | 0.00 |

Job #8 - Warranty
COMPLAINT: **COMPLETE** C/S HEATER VENT IN THE BATHROOM VENT, THE REST OF THE
MOTOR HOME WAS WARM THOUGH.PA603595 2.50

CAUSE: Complete
The furnace vent in the bathroom is not blowing any hot air at all. The duct is separated somewhere under
the floor.
0135009 0135999B 6.0hr

I need to run a new furnace duct from the furnace to the furnace vent in the bathroom.

CORRECTION: Complete
Estimated Amount: 2.50

| | |
|---|---|
| Subtotal for Job #8: | 0.00 |

Job #9 - Warranty
COMPLAINT: **COMPLETE- PENDING AUTH FOR ADDITIONAL TIME** ADDITIONAL TIME NEEDED
FOR LINO SINCE THE LINO WAS NLA. PA603595 6.00

CAUSE: 3A

CORRECTION: Complete

Estimated Amount: 6.00

| | |
|---|---|
| Subtotal for Job #9: | 0.00 |

Job #10 - Warranty
PART ONLY FOR THE LINO

| | |
|---|---|
| Subtotal for Job #10: | 0.00 |

| | |
|---|---|
| Parts Total: | 0.00 |
| Labour Total: | 0.00 |
| Sublet Total: | 0.00 |
| Extras Total: | 0.00 |
| **WORK ORDER TOTAL:** | **0.00** |



Notice of Removal
Exhibit 1

... if dealership is unable to complete repairs immediately following
... customer elects to store recreational vehicle at dealership
... repairs are completed. Customer agrees that such storage is
... and does not prevent use of the vehicle.

DIXIE RV SUPERSTORES ("DIXIE RV") WILL NOT BE HELD RESPONSIBLE
FOR ANY LOSS OR DAMAGE TO YOUR RECREATIONAL VEHICLE, OR LOSS
... DAMAGE TO YOUR PERSONAL ITEMS LEFT IN VEHICLE, OR FOR ANY CAUSE
BEYOND OUR CONTROL. YOU MUST REMOVE ALL FOOD ITEMS FROM
... REFRIGERATOR AND/OR FREEZER BEFORE RELEASING THE VEHICLE TO
... RV FOR REPAIRS.

I HEREBY AUTHORIZE THE REPAIR WORK LISTED ON THIS SERVICE ORDER
...
..., AND UNDERSTAND THAT I AM RESPONSIBLE FOR ANY
... DIAGNOSTIC, PARTS, FREIGHT, OR OTHER COSTS) THAT ARE NOT COVERED
... THE MANUFACTURER'S WARRANTY OR EXTENDED WARRANTY
... ORDER. I HEREBY GRANT DIXIE RV AND/OR THEIR DESIGNATED EMPLOYEES
THE PERMISSION TO OPERATE MY VEHICLE ON STREETS,
... HIGHWAYS, ON ITS PREMISES FOR THE PURPOSE OF TESTING, INSPECTION
... PICKUP DELIVERY TO A THIRD PARTY SERVICE PROVIDER. AN
... EXPRESS MECHANIC'S LIEN IS HEREBY ACKNOWLEDGED ON MY VEHICLE TO SECURE
... AMOUNT OF REPAIRS THERETO.

I HAVE INSPECTED MY VEHICLE AND REPAIRS ARE SATISFACTORY.

Customer Signature : _____            Date: 11 Dec 2020

- Not satisfied w/ Lino repair

- Still has leaks on slide



Notice of Removal
Exhibit 1

**DIXIE RV SUPERSTORES**
10241 DESTINATION DR.
HAMMOND LA 70403
(PH) 225-567-4424
www.dixierv.com

W/O: 167993

WO #: 167993
Customer Name: 128856 - RESTIVO, ANGELO S
Address: 7858 PARKHAM
    DENHAM SPRINGS, LA
Postal/Zip: 70706
Phone#(res): 2259313545
Phone#(bus): 877-325-9239
Cell Phone:
Email: ASRESTIVO1@YAHOO.COM

Author: L.KENNEDY
Stock No: 30830
Year: 2019
Manufacturer: THOR MOTOR COACH
Brand: QUANTUM
Model: WS31
Unit Type: C-CLASS C MH
Serial#: HCHWS310005187
Chassis#: 1FDXE4FS3KDC25701
Key#: BRANDON 9522
ExtW Co: NAC - SERVICE CONTRACT
ExtW No:
Warranty Date: 03 MAR 20
Promised Date:

Length:
Tag#: BRANDON 9522
Miles/Hrs: 6018
Unit Salesman: JWHATLEY
Date In: 19 OCT 20
Completed Date: 30 NOV 20
Purchased Date: 02 MAR 20
License#: WF



**Job #3A - Warranty**
COMPLAINT: **COMPLETE** C/S C/S LINO REPAIR DID NOT CORRECT ISSUE- NEED TO SUBMIT TO REPLACE THE LINO auth PA593761 23.3 hrs

CAUSE: Complete

CORRECTION: Complete

| | Subtotal for Job #3A: | 0.00 |

**Job #PO - Warranty**
PO# 149498: BATTEN & SEAM TAPE - PARTS IN
PO# 149498A: LINO - PARTS IN

| | Subtotal for Job #PO: | 0.00 |

Customer #: 128856
RESTIVO, ANGELO S

**Job #1 - Warranty**
COMPLAINT: **COMPLETE** C/S SHOWER DOOR TRIM CAME OFF THE BOTTOM OF THE SHOWER.PA603595 0.20

CAUSE: The shower door trim is falling off if the door in two areas.
0705018 0.2hr

I need to resecure the shower door trim and seal.

CORRECTION: Complete
Estimated Amount: 0.20

| | Subtotal for Job #1: | 0.00 |



**Job #2 - Warranty**
COMPLAINT: **COMPLETE** C/S TRIM ON THE LEFT HAND SIDE INSIDE OF THE SHOWER KEEPS POPPING OFF AND THIS IS ALLOWING WATER TO COME OUT OF THE SHOWER AND ONTO THE FLOOR. PA603595 0.20

CAUSE: The shower trim on the inside of the door is falling off.
0705018 0.2hr

I need to reinstall and reseal the seal.

CORRECTION: Complete

 *Emailed to Ms Ader 12-14-2020*

Page 1 of 4

Notice of Removal
Exhibit 1

Estimated Amount 0.20

Subtotal for Job #2:    0.00

**Job #3 - Warranty**
COMPLAINT: **COMPLETE** C/S WHEN TRAVELING THE HOUSE BATTERIES SEEM TO DIE QUICKLY. - NOT WARRANTY

CAUSE: While driving the house batteries lose voltage. I found that the fuse is blown for the charging cable from the chassis battery to the house battery.
0202014 0.1hr

I need to replace the fuse.

CORRECTION: Complete

Subtotal for Job #3:    0.00

**Job #4 - Warranty**
COMPLAINT: **COMPLETE** C/S WALL PAPER BEHIND BATHROOM BEHIND SINK IS STARTING TO WRINKLE/ BUBBLE. PA603595 2.00

CAUSE: The backsplash in the bathroom is peeling off and bubbling up.
041001G 2.0hr

I need to replace the backsplash.

Parts:
6 Backsplash

CORRECTION: Complete
Estimated Amount: 2.00

Subtotal for Job #4:    0.00

**Job #5 - Warranty**
COMPLAINT: **COMPLETE** AUTH - PENDING PARTS** C/S DOOR UNDER THE SINK IN THE KITCHEN IS WARPED AT THE BOTTOM. PA603595 0.50

CAUSE: The cabinet door in the kitchen is warped.
0403005 0.5hr

I need to replace the cabinet door and swap over all of the hardware.

Parts:
Cabinet door 21w x 29h
Estimated Amount: 0.50

Subtotal for Job #5:    0.00

**Job #6 - Warranty**
COMPLAINT: **NPF** C/S THERE WAS A HEAVY RAIN, HE HAS A LEAK COMING FROM BEHIND THE D/S CAPTAINS CHAIR AND UNDER THE SINK BY THE COUNTER. LOOKED UNDER THE FLAP UNDER THE SLIDE AND THERE WAS WATER BEHIND THE GASKET. SLIDE WAS OUT.

CAUSE: I checked for leaks during multiple rain storms. I water tested with a hose spraying all areas but could not find a leak. I checks the roof and moldings for any missing sealant but could not find any missing sealant.

CORRECTION: NPF

Subtotal for Job #6:    0.00


<span style="color:red">Notice of Removal
Exhibit 1</span>